HUDSON G. BOTTUM et al., Respondents, *v.* JOHN SCOTT,
Appellant.

(Submitted March 5, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made the first Monday of March, 1887, which affirmed a judg-
ment in favor of plaintiffs entered upon a verdict, and affirmed
an order denying a motion for a new trial.

*Ira D. Warren* for appellant.

*W. S. Logan* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN SIMSON, Appellant, *v.* BANK OF COMMERCE IN BUFFALO,
Impleaded, etc., Respondent.

(Argued March 6, 1890; decided March 21, 1890.)

APPEAL from order of the General Term of the Supreme
Court of the fifth judicial department, made January 25, 1887,
which reversed a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term, and ordered
a new trial.

*B. S. Farrington* for appellant.

*George Clinton* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Order affirmed and judgment absolute against plaintiff on
stipulation.